IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC VINCENT,<br>    *Petitioner*,<br><br>v.<br><br>JOSEPH TERRA, SUPERINTENDENT<br>OF SCI PHOENIX, *et al.*,<br>    *Respondents*. | :<br>:<br>:   CIVIL ACTION<br>:<br>:   NO.  24-cv-1037<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this **6th** day of **December 2024**, upon consideration of the Petition for a Writ of Habeas Corpus (ECF No. 1), the Response (ECF No. 18), Petitioner's Reply (ECF No. 21), Petitioner's Notice of Supplemental Authority in Support of his Petition (ECF No. 22), the State Court record (ECF No. 10), the exhibits attached to the parties' filings, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

2. Petitioner's convictions and sentence of February 26, 2019, on Philadelphia County Court of Common Pleas Docket Number CP-51-CR0006690-2018 are **VACATED**, and Petitioner's guilty plea of February 26, 2019, is deemed **WITHDRAWN**; and

3. Within 180 days of this order, the Commonwealth shall either retry Petitioner or dismiss the charges in Philadelphia County Court of Common Pleas Docket Number CP-51-CR-0006690-2018.

                                                   **BY THE COURT:**

                                                 */s/ Chad F. Kenney*
                                                 _____
                                                 **CHAD F. KENNEY, JUDGE**